IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:24-cv-00043-BO

MILTON LINTON AND DONNA LINTON,

    Plaintiffs,

vs.

MILBANK INSURANCE COMPANY,

    Defendant.

**ORDER**

This matter came on for consideration on the Parties' Consent Motion to substitute Milbank Insurance Company for State Auto Property and Casualty Insurance Company pursuant to Federal Rule of Procedure 21. The Court, having considered such motion, finds that Milbank Insurance Company is the correct defendant, as it issued the homeowners insurance policy to the Plaintiffs, which is the subject matter of the coverage dispute between the parties, and, therefore, the Consent Motion should be granted.

IT IS, THEREFORE, ORDERED that:

1. Milbank Insurance Company is substituted as the Defendant in this action;

2. State Auto Property and Casualty Insurance Company is removed as a party to this action; and

3. Going forward, the caption of the case shall be amended to read as shown above.

SO ORDERED this __10__ day of July, 2024.

TERRENCE W. BOYLE
United States District Judge